Peggy Hunt (Utah State Bar No. 6060)
Benjamin J. Kotter (Utah State Bar No. 9592)
Nathan S. Seim (Utah State Bar No. 12654)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
          kotter.benjamin@dorsey.com
          seim.nathan@dorsey.com

*Attorneys for Plaintiff—Gil A. Miller, Chapter 11 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>WATERFORD FUNDING, LLC *et al.*,<br><br>       Debtors. | **Bankr. Case No. 09-22584**<br>Chapter 11<br>(Substantively Consolidated)<br><br>The Honorable R. Kimball Mosier |
| GIL A. MILLER, Chapter 11 Trustee for WATERFORD FUNDING, LLC, WATERFORD SERVICES, LLC, WATERFORD LOAN FUND, LLC, WATERFORD PERDIDO, LLC, WATERFORD CANDWICH, LLC and INVESTMENT RECOVERY, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>BRENT WOODSON,<br><br>       Defendant. | **Adv. Proceeding No. 11-02084** |
| **NOTICE OF DISMISSAL** ||

4824-7691-8794\1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, Plaintiff Gil A. Miller, as the Chapter 11 Trustee for Waterford Funding, LLC *et al.*, hereby dismisses the above-captioned adversary proceeding.

The parties to this adversary proceeding will bear their own costs related to all actions taken in this proceeding.

DATED this 21st day of August, 2011.

                                        **DORSEY & WHITNEY LLP**

                                        */s/ Nathan S. Seim*
                                        Peggy Hunt
                                        Benjamin J. Kotter
                                        Nathan S. Seim
                                          *Attorneys for Plaintiff Gil A. Miller,*
                                          *Chapter 11 Trustee*